UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ELLENTON EQUITIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. |
| BAUER HOMES, INC., ALFRED H. BAUER, JR., | ) |
| BARE, LLC, CONGER PLUMBING, RAYS'S HEATING | ) 3:09-cv-0157 RLY-WGH |
| & AIR CONDITIONING, INC., TIME ZELLER, | ) |
| CANNON CONCRETE SERVICES, INC., WRIGHT | ) |
| CONSULTANTS, LLC, ADAMS PLUMBING, INC., | ) |
| TONI GRIM BAUER, EVANSVILLE COMMERCE | ) |
| BANK, TREASURER OF VANDERBURGH | ) |
| COUNTY, UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

09 NOV -2 AM 11: 04

LAURA A. BRIGGS
CLERK

## NOTICE OF REMOVAL

To: The Honorable Judge of the United States District Court for the Southern District of Indiana

The United States of America, U.S. Small Business Administration gives notice that the above-captioned cause now pending in the Vanderburgh Superior Court, Cause No. 82D03-0907-MF-3779 is removed therefrom to this Court, under the provisions of Title 28, United States Code, Sections 1441, 1442, 1444, and 1446.

In support thereof, Defendant states:

1. The United States of America has been named as a Defendant in this action which was commenced in the Vanderburgh Superior Court, by the filing of the Plaintiff's Complaint for Foreclosure & Other Relief, which is attached hereto as "Exhibit A".

2. The Plaintiff's action appears to be an action to foreclose a lien upon the real estate. The United States of America has an interest in the real estate that is the subject of the Plaintiff's foreclosure action. As the result of the United States' interest in the property, issues of federal law and of sovereign immunity arise in this action.

3. As an action to foreclose liens and/or mortgages on property in which the United States holds an interest, this action is removable to the district court pursuant to the provisions of 28 United States Code, Section 1444.

4. Copies of all pleadings and process served upon this Defendant in this cause are attached as Exhibit A.

5. This notice is filed within thirty days after service of the initial pleadings.

WHEREFORE, the Defendant, United States of America, prays that this action be removed to federal district court.

Respectfully submitted,

TIMOTHY M. MORRISON
United States Attorney

By: _____
Jeffrey L. Hunter
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing **NOTICE OF REMOVAL**, upon the Plaintiff herein, by mailing a copy thereof to the following counsel of record, by first class mail, on this 2nd day of November, 2009:

Robert R. Faulkner, #18625-82
400 Court Street
P.O. Box 4208
Evansville, IN 47724
**Counsel for Plaintiff**

Marilyn Ratliff
ATTORNEY AT LAW
123 NW 4th Street, Suite 304
Evansville, IN 47708
**Counsel for Bauer Homes, Inc.,**

Max E. Fiester
RUDOLPH FINE PORTER & JOHNSON, LLP
221 NW 5th Street, P.O. Box 1507
Evansville, IN 47706
**Counsel for Ray's Heating & Air Conditioning**

Joseph H. Langerak
RUDOLPH FINE PORTER & JOHNSON, LLP
221 NW 5th Street, P.O. Box 1507
Evansville, IN 47706
**Counsel for Cannon Concrete Services, Inc.**

Jean M. Blanton
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street, P.O. Box 916
Evansville, IN 47706
**Counsel for Treasurer of Vanderburgh County**

Ole J. Olsen, Jr.
OLSEN, WHITE & HAMBIDGE, LLP
123 Locust Street
Evansville, IN 47708
**Counsel for Wright Consultants, LLC**

                                                    _____
                                                    Jeffrey L. Hunter
                                                    Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market, Suite 2100
Indianapolis, Indiana  46204
Telephone:  317-226-6333
Facsimile:   317-226-5027