UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION
ELECTRONICALLY FILED

| | |
|---|---|
| ELLENTON EQUITIES, LLC, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:09-cv-00157-WTL-WGH |
| BAUER HOMES, INC., ALFRED H. BAUER, | ) |
| JR., BARE, LLC, CONGER PLUMBING, | ) |
| RAY'S HEATING & AIR CONDITIONING, | ) |
| INC., TIM ZELLER, CANNON CONCRETE | ) |
| SERVICES, INC., WRIGHT CONSULTANTS, | ) |
| LLC, ADAMS PLUMBING, INC., | ) |
| EVANSVILLE COMMERCE BANK, | ) |
| TREASURER OF VANDERBURGH COUNTY, | ) |
| UNITED STATES OF AMERICA, | ) |
|     Defendants. | ) |

**RESPONSE TO UNITED STATES' MOTION TO REMAND**

Comes now the Plaintiff Ellenton Equities, LLC, (hereinafter "Ellenton"), by counsel and for its response to the United States of America, Internal Revenue Service (hereinafter "Government") motion to remand would state that Ellenton joins in said motion and requests the Court remand this matter as moved by the Government.

WHEREFORE, Ellenton prays the Court that this matter to be remanded to Vanderburgh Superior Court, Cause No. 82D03-0907-MF-3779.and for all other relief just and proper in the premises

                                                  s/ Robert R. Faulkner
                                                  Robert R. Faulkner
                                                  400 Court Street
                                                  P.O. Box 4208
                                                  Evansville, IN 47724
                                                  Telephone: (812) 464-3966
                                                  Fax (812)-464-3968

rrfaulk@evansville.net
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2011, I electronically filed the foregoing with the Clerk of the court by using CM/ECF system, which will send a notice of electronic filing to the following:

Marilyn Ratliff
ATTORNEY AT LAW
mrtlf50@aol.com
*Counsel for Bauer Homes, Inc.,*

Max E. Fiester
RUDOLPH FINE PORTER & JOHNSON, LLP
mef@rfpj.com
*Counsel for Ray's Heating & Air Conditioning*

Joseph H. Langerak
RUDOLPH FINE PORTER & JOHNSON, LLP
jhl@rfpj.com
*Counsel for Cannon Concrete Services, Inc.*

Jean M. Blanton
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
jblanton@zsws.com
*Counsel for Treasurer of Vanderburgh County*

Ole J. Olsen, Jr.
OLSEN, WHITE & HAMBIDGE, LLP
ojo@thelawteam.net
*Counsel for Wright Consultants, LLC*

Jeffrey L. Hunter
Office of the United States Attorney
Southern District of Indiana
jeff.hunter@usdoj.gov
*Counsel for United States*

s/ Robert R. Faulkner
Robert R. Faulkner