# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

August 2, 2011

Clerk of the Vanderburgh County Court
Civic Center Courts Building
P.O. Box 3356
Evansville, IN 47732–3356

    Re: ELLENTON EQUITIES, LLC v. BAUER HOMES, INC. et al
    Cause Number: 3:09–cv–00157–WTL–WGH
    Your Cause Number: 82D03–0907–MF–3779

Dear Clerk:

    Pursuant to Court order dated August 2, 2011, the above file is remanded to the Vanderburgh County Court.

    Enclosed are copies of all documents filed in this cause since the petition for removal was filed on 11/02/2009. Also enclosed are certified copies of the docket and order of remand.

    Please acknowledge receipt of the file by returning the enclosed copy of this letter to the undersigned.

Sincerely,

Laura A. Briggs, Clerk

By: s/Martha Danielle Spaulding
Martha Danielle Spaulding, Deputy Clerk

Received by:_____ Date:_____